Michael McNeil #65311
ESP-6B-31
P.O. Box 1989
Ely, NV 89301

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

            DEC 09 2021

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

- - - - -

Michael McNeil,

    Plaintiff,

v.

Dave Molnar, et al.,

    Defendants,

CASE NO. 2:18-CV-01594-RFB-BNW

LETTER TO CLERK

    Plaintiff, Michael McNeil, in pro se., hereby request a subpoena duces tecum form, so that he may make a timely discovery request.

    Respectfully Submitted,

12-6-21

Michael McNeil

**Order**

Plaintiff is advised that he can find subpoena forms at https://www.nvd.uscourts.gov/court-information/forms/.

IT IS SO ORDERED
DATED: 11:16 am, December 10, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Certificate of Service

    I, Michael McNeil, hereby certify that I mailed a true and correct copy of the forgoing "Letter to Clerk" to: Clerk U.S District Courthouse. 333 Las Vegas Blvd. So Rm 1334

Michael McNeil # 65311
P.O Box
Ely, NV 89301

12-6-21   Michael McNeil

Chad McNeil
P.O. Box 1787
Ely, NV 89301

LEGAL MAIL / confidential

89101-706599

LAS VEGAS NV 890
7 DEC 2021 PM 3 L

Lloyd D. George U.S Courthouse
333 Las Vegas Blvd. So - Rm 1334
Las Vegas, NV 89101

Clerk, U.S District Court
District of Nevada

ENTERED _____ SERVED ON
_____ COUNSEL/PARTIES OF RECORD

DEC 09 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

