Michael McNeil #65311
ESP-UB-31A
P.O Box 1989
Ely, NV 89301

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Michael McNeil,            Case No: 2:18-cv-01594-RFB-BNW

   Plaintiff,

v.

Dare Molnar et al.,        MOTION TO EXTEND DISCOVERY
                           DEADLINE
   Defendants

     Comes Now, Michael McNeil, In pro-se, and hereby moves this Honorable Court to extend the Discovery Deadline by an additional sixty (60) days. Plaintiffs Discovery Request from Defendants have been returned to Plaintiff at the very last minute with more objections than answers. This is problematic because the issues herein are relevant and material to the issues in dispute in these Proceedings. Plaintiff has requested the necessary forms from this Court's clerk to subpoena certain documents and intend on filing a Motion to Compel Discovery in the next couple of days.

     The Current date to finalize Discovery is 12-21-21, Plaintiff seeks an order that will extend the Discovery timeline to 2-19-22

### Order

IT IS ORDERED that ECF No. 55 is DENIED without prejudice for failure to meet and confer under the Local Rules. Plaintiff must meet and confer with Defendants. If they cannot reach a resolution on this issue, Plaintiff may refile his motion with the meet-and-confer-certificate required under the Local Rules.

IT IS SO ORDERED
DATED: 12:13 pm, December 16, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1  Certificate of Service
2      I, Michael McNeil, Do Hereby certify that I mailed a
3  true and correct copy of the foregoing Motion to: 555 E
4  Washington Ave, Street 3900, LV. NV. 89101
5
6
7              X Michael McNeil 12-13-21