**ORDER**

IT IS ORDERED that ECF No. 61 is GRANTED. The Clerk of Court is directed to issue a subpoena to Plaintiff. Plaintiff must then complete the subpoena and serve it on Brian Williams.

IT IS FURTHER ORDERED that ECF No. 62 is DENIED as moot.

IT IS FURTHER ORDERED that the hearing set for 3/11/2022 on these motions is VACATED.

**IT IS SO ORDERED**

**DATED:** 4:39 pm, February 17, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1  Michael McNeil
2  P.O. BOX 1989
3  Ely, Nv. 89301
4
5
6                    District of Nevada
7
8  Michael McNeil,                    Case No: 2:18-cv-01594-RFB-BNW
9        Plaintiff,
10  v.
11  Dave Tristar etal.,              Request For Subpoena of Documents
12        Defendant
13
14
15        Plaintiff, Michael McNeil, Pro se Hereby
16  request that this honorable Court issue a subpoena
17  of documents from Brian Williams, the Deputy Dir-
18  ector of Nevada Dept. of corrections. Most of the
19  Defendants in the instant case are Former employees
20  of NDOC and Do not possess all documents associat-
21  ed with this case. Plaintiff Humbly request that
22  a subpoena be issued For Brian Williams because
23  he is in possession of all papers associated with OIC
24  #402605. (What the complaint is about).
25        Plaintiff ask that an order be issued
26  ordering Brian Williams to Release/turn over all
27  documents associated with OIC #402605, including
28  but not limited to recordings from the Disc-

1 iplinary hearing, Disciplinary Findings, Disciplinary
2 Forms I, II, III, all E-mails related to OIC #402605
3 From all NDOC Employees, and all Findings regard-
4 ing the investigation of OIC #402605.
5          The information sought and request Falls
6 into the scope of General Admissibility of relev-
7 ant evidence as defined by the Federal Rule of
8 Evidence, Rule 402.
9          For the reasons stated above, Plaintiff ask
10 that this court issue a subpoena of Documents
11 From Brian Williams, Deputy Director of NDOC.
12 (Also see Exhibit A)

13
14 concluded this 3rd day of January 2022.
15
16                    Submitted, Michael McNeil
17                              Pro.se
18
19          CERTIFICATE of service
20
21 I, Michael McNeil, hereby certify I E.Filed
22 the Foregoing document(s) via Ely state Prison
23 Law Library to the united states District court.
24
25                    Michael McNeil
26                              Pro.se
27                              1.3 22
28

2

AFFidavit OF: Michael McNeil

1    State of Nevada )

2                          : SS

3    County of White Pine.

4

5        I, Michael McNeil do hereby swear, and
6    depose, under penalty of perjury, Pursuant to
7    NRS 208.165. That the Foregoing statements
8    are true and correct as follows.

9

10    1.) That on Wednesday December 29th, 21 I
11   had a meet and confer with DAG Alexander J.
12   Smith at 1:30pm.
13    2.) That we discussed the objections that the
14   Four defendants made to all the Requests For
15   the production of documents.
16    3.) That I was told the defendants do not
17   have access to the documents I requested
18   and should try other methods, of discovery.
19    4.) That we both agreed to a 60 day extension
20   to discovery.

21

22

23

24    Dated the 3rd of January 2022.

25

26                              Michael mcneil

27

28

1.



# STATE OF NEVADA
## NEVADA DEPARTMENT OF CORRECTIONS
## ELY STATE PRISON
## OFFICE OF THE WARDEN

DATE:       December 28, 2021

TO:         SHIFT SERGEANT

FROM:       _____
            Tasheena Cooke, Acting Associate Warden

SUBJECT:    **TELEPHONIC CONFERENCE** – **Attorney call**
            **REF: 2:18-cv-01594**

The following inmate has a **Telephonic Conference Call** scheduled for **Wednesday, December 29, 2021 at 1:30 PM** with **DAG Alex Smith** regarding the above referenced court case.

**Custody Staff Instructions:**  The inmate will be at the appointment **30 minutes prior to the scheduled time in the Visiting Holding Room "D"** with any legal documents of his choosing.  Upon request, a property cart will be provided by the Unit Control Room Officer and/or the escorting officer(s).

| NAME | NUMBER | HOUSING | CUSTODY |
|------|--------|---------|---------|
| **McNeil, Michael** | **65311** | **6B 31** | **Close** |

Acknowledgement of Appointment

*Michael McNeil*                    12/28/21              11:00am
**Inmate Signature**                Date                  Time

☑ I Will Attend     ☐ I Decline To Attend     ☐ Property Cart Requested

_____        _____        _____
Witness                        Date                    Time

TC/sbc

Email:   Warden       Control      AWO          Visiting
         Caseworker   Shift Sgt    CERT Sgt.    Shift LT