Michael McNeil
E.S.P
P.O. Box 1989
Ely, NV. 89301

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         FEB 24 2022

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

United States District Court
District of Nevada

Michael McNeil | Case #: 2:18-cv-01594 RFB-BNW
Plaintiff,  |
v. | Letter to clerk
Dave Molnar et al., |
Defendant |

Plaintiff, Michael McNeil, in Pro Se hereby request (5) Five USM-285 Forms so that I can serve subpoenas on my defendants to make a timely discovery request.

Respectfully submitted,

2.19.21

Michael McNeil

CERTIFICATE OF SERVICE

I, Michael McNeil, hereby certify that I mailed a true and correct copy of the foregoing "letter to clerk" to: Clerk U.S district courthouse, 333 Las Vegas Blvd. So. Rm* 1334 on 2.18.22.

Michael McNeil



## ORDER

IT IS ORDERED that ECF No. 66 is DENIED to the extent that Plaintiff seeks USM-285 forms to serve subpoenas. The granting of Plaintiff's application to proceed *in forma pauperis* does not extend to the issuance of subpoenas at the government's expense. However, to the extent Plaintiff is attempting to serve discovery requests on Defendants (as opposed to non-parties), Plaintiff need not serve subpoenas but may simply serve discovery requests on Defendants.

IT IS SO ORDERED

DATED: 2:48 pm, February 27, 2022



BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE