Michael McNeil

E.S.P

P.O. Box 1989

Ely, NV. 89301

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 01 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States District Court
District of Nevada

| Michael McNeil | Case No: 2:18-cv-01594-RFB-BNW |
| Plaintiff, | |
| v. | Letter to clerk |
| Dave Melnar et al., | |
| Defendant | |

Plaintiff, Michael McNeil in Pro-se hereby request (1) one USM-285 Form so that I can properly serve a subpoena on Deputy Director Brian Williams to make a timely discovery request.

Respectfully Submitted
6.27.22
Michael McNeil

CERTIFICATE OF SERVICE

I, Michael McNeil, hereby certify that I mailed a true and correct copy of the foregoing "letter to clerk" To: clerk U.S District Courthouse 333 Las Vegas Blvd. So, RM 1334 on 6.27.22

Michael McNeil

**IT IS ORDERED that ECF No. 82 is DENIED. The order granting Plaintiff IFP-status does not extend to the issuance of subpoenas at the government's expense.**

**IT IS SO ORDERED**

**DATED:** 1:22 pm, July 05, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**