UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL MCNEIL,

        Plaintiff,

v.

DAVE MOLNAR, *et al*,

        Defendants.

Case No. 2:18-cv-01594-RFB-BNW

**ORDER TO PRODUCE FOR VIDEOCONFERENCE APPEARANCE MICHAEL MCNEIL, #65311**

TO:    BILL GITTERE, WARDEN, ELY STATE PRISON,

**THE COURT HEREBY FINDS** that **MICHAEL MCNEIL, #65311**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce by videoconference appearance**, MICHAEL MCNEIL, #65311,** on or about Friday, September 14, 2023, at the hour of 12:30 p.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **MICHAEL MCNEIL, #65311**, is released and discharged by the said Court; and that **MICHAEL MCNEIL, #65311**, shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this 9th day of August, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**